**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

**Case No. 2:18-md-2846**

**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

**This document relates to:**
*Trainer v. Davol, Inc., et al.*
**Case No. 2:22-cv-4387**

**ORDER**

This matter is before the Court on Plaintiff's unopposed Motion to Substitute Party.  (ECF No. 3.)  Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party."  Fed. R. Civ. P. 25(a)(1).  "A motion for substitution may be made by any party or by the decedent's successor or representative."  *Id.*

Following Plaintiff's death, Carol Trainer was appointed as administrator of his estate. (ECF No. 3-4.)  Plaintiff now moves for the substitution of Carol Trainer, as administrator of the estate of Howard Trainer, III, as the proper plaintiff.  (ECF No. 3.)  Plaintiff's unopposed Motion to Substitute is **GRANTED**.  The Clerk is directed to substitute Carol Trainer, as administrator of the estate of Howard Trainer, III, as Plaintiff in place of Howard Trainer, III.

**IT IS SO ORDERED.**

6/7/2023                                    s/Edmund A. Sargus, Jr.
**DATE**                                    **EDMUND A. SARGUS, JR.**
                                            **UNITED STATES DISTRICT JUDGE**